

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00427-CR

**IN RE** Harold **BOWENS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

Delivered and Filed:  August 7, 2013

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On July 8, 2013, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his "Motion Nunc Pro Tunc to Correct Judgment and Sentence." However, on July 15, 2013, the trial court signed an order denying relator's motion. Accordingly, the petition for writ of mandamus is denied as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1985CR3726W, styled *The State of Texas v. Harold Bowens*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.